JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAWAN KUMAR,

Petitioner,

v.

THOMAS GILES,[1] et al.,

Respondents.

Case No. 5:26-cv-00773-JLS-RAO

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus as Moot,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 17, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Thomas Giles, the ICE Los Angeles Field Director, is hereby substituted as Respondent.